UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTINA CRAWFORD,<br><br>        Defendant. | CASE NO. 1:14-cv-00055-AWI-MJS (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATION**<br><br>**(ECF No. 36)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Crawford on Plaintiff's Fourteenth Amendment inadequate medical care claim. (ECF No. 14.)

On December 2, 2015, the undersigned issued findings and a recommendation to dismiss the action based on Plaintiff's failure to provide a current address. (ECF No. 36.) Plaintiff objected to the findings and recommendation, stating that he previously was away from his address of record to attend to court but had since returned.

In light of Plaintiff's objections, the findings and recommendation (ECF No. 36) are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   February 19, 2016          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

1