1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARCHIE CRANFORD,

        Plaintiff,

    v.

CHRISTINA CRAWFORD,

        Defendant.

Case No.  1:14-cv-00055-AWI-MJS (PC)

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**(ECF No. 35)**

**CASE TO REMAIN OPEN**

    Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On August 5, 2015, the Magistrate Judge issued findings and a recommendation to deny Defendant's motion for summary judgment. (ECF No. 35.) No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1.  The Court adopts the findings and recommendation (ECF No. 35), filed August 5, 2015, in full; and

2.  Defendant's motion for summary judgment (ECF No. 31) is DENIED.

IT IS SO ORDERED.

Dated:   March 3, 2016   _____

                                SENIOR  DISTRICT  JUDGE