UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINA CRAWFORD,<br><br>    Defendant. | CASE NO. 1:14-cv-00055-AWI-MJS (PC)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 42)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's First Amended Complaint against Defendant Christina Crawford for inadequate medical care in violation of his substantive Due Process rights.

On March 11, 2016, Plaintiff filed a motion for summary judgment. (ECF No. 42.) On March 24, 2016, Defendant filed objections to Plaintiff's motion asking this Court to strike Plaintiff's motion as untimely. (ECF No. 44.) Plaintiff filed an opposition to the objections. (ECF No. 45.)

The deadline for filing dispositive motions was June 15, 2015, nearly nine months ago. (ECF No. 21.) A pretrial conference is set for July 7, 2016, and trial is set commence September 7, 2016. (ECF No. 40.) Plaintiff presents no reason why he

1

should be permitted to file a dispositive motion at this late date. His motion is untimely and was filed without the Court's authorization. It will be stricken on that basis. <u>See</u> Local Rule 110.

Based on the foregoing, Plaintiff's motion for summary judgment (ECF No. 42) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   April 6, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE