IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARCHIE CRANFORD,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTINA CRAWFORD,**<br><br>Defendant. | 1:14-CV-00055 AWI-MJS (PC)<br><br>**ORDER STAYING ACTION; VACATING PRETRIAL ORDER; AND ISSUING NEW SCHEDULING ORDER**<br><br>**(ECF NO. 52)** |

On April 21, 2016, Defendant Christina Crawford RN moved this Court for an order staying and vacating the Court's Discovery and Scheduling Order (ECF No. 21), and Second Scheduling Order of March 14, 2016 (ECF No. 40) given the sudden, unexpected death of her trial counsel. (ECF No. 52.)

The Court may modify a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 608 (9th Cir. 1992). Good cause appearing, IT IS HEREBY ORDERED that:

1. The present remaining dates of the Discovery and Scheduling Order (ECF No. 21) and Second Scheduling Order of March 14, 2016 (ECF No. 40) are vacated;

2.  The Office of the Attorney General shall use best efforts to reassign this matter within 45 days and file a notice of reassignment; and

4.  Upon the filing of a notice of reassignment, the court shall issue a new scheduling order.

IT IS SO ORDERED.

Dated:  April 22, 2016                           /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE

2