UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA CRAWFORD,<br><br>　　　　Defendant. | CASE NO. 1:14-cv-00055-AWI-MJS (PC)<br><br>**ORDER (1) DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES (ECF No. 50), AND (2) DENYING PLAINTIFF'S MOTION FOR SANCTIONS (ECF No. 55)** |

　　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's First Amended Complaint against Defendant Christina Crawford for inadequate medical care in violation of his substantive Due Process rights.

　　　　On April 14, 2016, Plaintiff filed a motion to "compel response (sic) to case questionare" (sic), seeking to compel responses to interrogatories propounded by Plaintiff in March 2016. (ECF No. 50.)  On April 27, 2016, Plaintiff filed a motion entitled "Motion Discovery and Sanctions" seeking sanctions against Defendant for failing to respond to the same set of interrogatories. (ECF No. 55.)  On May 6, 2016, Defendant filed an opposition asking this Court to deny both motions on the grounds that Plaintiff seeks responses to discovery requests that were untimely served.  (ECF No. 57.)

1

The deadline for the completion of discovery, including motions to compel discovery, was April 5, 2015.  (ECF No. 21.)  Plaintiff presents no reason why he should be permitted to compel responses to discovery requests filed nearly one year after the discovery deadline has lapsed.

Based on the foregoing, Plaintiff's motion to compel (ECF No. 50) is DENIED. Plaintiff's motion for sanctions (ECF No. 55) is DENIED.

IT IS SO ORDERED.

Dated:   May 16, 2016                           /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE