UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA CRAWFORD,<br><br>　　　　Defendant. | Case No.  1:14-cv-00055-AWI-MJS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT**<br><br>**(ECF No. 62)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plaintiff's First Amendment claim against Defendant Christina Crawford. (ECF No. 12.)

　　　　On May 27, 2016, Defendants filed a motion requesting the Court issue an order declaring Plaintiff a vexatious litigant.  (ECF No. 62.) Plaintiff has not filed an opposition or statement of non-opposition to Defendant's motion, and the time for doing so has passed. Local Rule 230(*l*). The Court will give Plaintiff one further opportunity to respond to the motion: <u>Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion within twenty-one (21) days from the date of service of this Order.</u> If Plaintiff fails to file an opposition or a statement of non-opposition to the motion, the

Court will deem Defendant's motion for an order declaring Plaintiff a vexatious litigant unopposed.  Additionally, Plaintiff is advised his action may be dismissed, with prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated:   July 29, 2016              /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE