UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>            Plaintiff<br><br>        v.<br><br>CHRISTINA CRAWFORD,<br><br>            Defendant | CASE NO. 1:14-CV-0055 AWI MJS<br><br>ORDER TO SHOW CAUSE |

   A pre-trial conference/telephonic trial confirmation is set for September 30, 2016.  See Doc. No. 58.  By order, Plaintiff was required to file a pre-trial statement on or by August 5, 2016.  See id. at p.7.  To date, the Court has not received Plaintiff's pre-trial statement.

   Without a pre-trial statement, the efficacy of a pre-trial conference, as well as the Court's ability to craft a suitable pre-trial order, is adversely affected.  The timely filing of a pre-trial statement is necessary for the efficient administration and resolution of this case.  Because Plaintiff has violated a court order, and because the violation harms the efficient progression of this case, Plaintiff will be ordered to show cause why this case should not be dismissed.

   Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of service of this order, Plaintiff shall show cause in writing why this case should not be dismissed due to his failure to obey a court order and failure to prosecute; and

2. Plaintiff is warned that the failure to timely file a response will lead to the dismissal of this case without further notice.

IT IS SO ORDERED.

Dated:   August 12, 2016                         _____

                                                                    SENIOR  DISTRICT  JUDGE